UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A.H., by and through his guardian ad litem Marjorie Campiotti,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-00256-BAM<br><br>ORDER APPOINTING GUARDIAN AD LITEM FOR Z.A.H., A MINOR<br><br>(Doc. 2) |

On February 23, 2016, Plaintiff Z.A.H., a minor, filed a petition to appoint his mother, Marjorie Campiotti,[1] as his guardian ad litem in this action. Fed. R. Civ. P. 17; Local Rule 202(a). Plaintiff seeks judicial review of the Commissioner of Social Security's decision denying his claim for supplemental security income. (Doc. 1).

Upon consideration of the petition, the motion is GRANTED. *See L.H., Jr. v. Comm'r of Soc. Sec.*, No. 1:12-cv-00022-JLT, 2012 WL 1739811, at *1-2 (E.D. Cal. May 15, 2012) (appointing minor's mother as guardian ad litem in action seeking judicial review of administrative decision denying minor's claim for Social Security benefits).

---

[1] In the petition, Ms. Campiotti's first name is spelled "Margorie." However, the corrected spelling of Ms. Campiotti's first name, "Marjorie," is derived from her signature and the related interlineation on the signature page of the petition. (Doc. 2 at 2).

1

Accordingly, IT IS HEREBY ORDERED that MARJORIE CAMPIOTTI is appointed as guardian ad litem for Plaintiff Z.A.H. in this action.

IT IS SO ORDERED.

Dated: **February 24, 2016**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE