Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
ZACKERY ALLEN HOLMBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACKERY ALLEN HOLMBERG, | Case No.: 1:16-cv-00256-BAM |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE NUNC PRO TUNC |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include October 18, 2016, in which to file Plaintiff's Opening Brief In Support of Plaintiff's Complaint; and that all other deadlines set forth in the February 24, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **October 19, 2016**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

-1-