# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A.H. by and through his guardian ad litem, MARJORIE CAMPIOTTI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:16-cv-00256-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>(Doc. 17) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time to December 16, 2016, in which to file a cross-motion for summary judgment and opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the February 24, 2016 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 17, 2016**          /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1