# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.A.H. by and through his guardian ad litem, MARJORIE CAMPIOTTI,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:16-cv-00256-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>(Doc. 19) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time to January 15, 2017, in which to file a cross-motion for summary judgment and opposition to Plaintiff's Opening Brief; and that all other deadlines set forth in the February 24, 2016 Case Management Order shall be extended accordingly. No further extensions of time shall be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: **December 15, 2016**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1