1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9   Z.A.H. by and through his guardian ad          Case No.  1:16-cv-00256-BAM
    litem, MARJORIE CAMPIOTTI,
10                                                  **ORDER GRANTING STIPULATION TO**
                 Plaintiff,                         **EXTEND BRIEFING SCHEDULE**
11
                 v.                                 (Doc. 21)
12
    NANCY A. BERRYHILL[1], Acting
13  Commissioner of Social Security,

14               Defendant.

15

16          Based upon the stipulation of the parties, and for cause shown,

17          IT IS HEREBY ORDERED that Defendant shall have a third extension of time to January

18  30, 2017, in which to file a cross-motion for summary judgment and opposition to Plaintiff's

19  Opening Brief; and that all other deadlines set forth in the February 24, 2016 Case Management

20  Order shall be extended accordingly.   No further extensions of time shall be granted absent a

21  demonstrated showing of good cause.

22
    IT IS SO ORDERED.
23

24      Dated:  __**January 26, 2017**__          ___/s/ Barbara A. McAuliffe___
25                                                  UNITED STATES MAGISTRATE JUDGE

26

27  _____
    [1]       Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the
28  Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Carolyn W. Colvin as the defendant in this
    suit.

                                                    1